IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **DELORES J KIEFER-MOSELEY,** *Individually and as Special Administrator of the Estate of John P. Moseley,* | ) ) ) ) ) | |
|  | ) | CASE NO.  13-1313-SCW-DGW |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | |
| **AIR AND LIQUID SYSTEMS, CORPORATION, et al.,** | ) ) | |
| **Defendant(s).** | | |

### JUDGMENT IN A CIVIL CASE

Defendant **CONSOLIDATED ALUMINUM CORPORATION** was dismissed without prejudice on April 23, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 88).

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 13-L-1573. The remaining motions will remain pending for resolution by the state court judge by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 88).

**DATED** this 23rd day of April, 2014

                                                                              NANCY J. ROSENSTENGEL,
                                                                              Clerk of Court

                                                                              By: s//Angie Vehlewald
                                                                                     Deputy Clerk

Approved by: s// Stephen C. Williams
              STEPHEN C. WILLIAMS
       United States Magistrate Judge